UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FILED
MAR 10 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:21CR00177 CDP/NAB |
| RODRICK MITCHELL, | ) |
| Defendant. | ) |

**INDICTMENT**
**COUNT ONE**

The Grand Jury charges that:

On or about July 9, 2020, in Saint Louis County, within the Eastern District of Missouri,

**RODRICK MITCHELL,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
ASHLEY M. WALKER, #67175MO
Special Assistant United States Attorney